UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CHRISTOPHER FORD,

    Petitioner,

                                    Case No. 1:07-cv-195

v.

                                    Hon. Wendell A. Miles

CARMEN D. PALMER,

    Respondent.
_____/

## JUDGMENT APPROVING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      On April 18, 2007, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that petitioner's application for habeas corpus relief be dismissed because it lacks merit on its face. No objections were filed to the R& R.

      The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R. Therefore, the court hereby approves and adopts the R & R as the decision of the court.

      IT IS HEREBY ORDERED that Petitioner's application for habeas corpus relief is dismissed pursuant to Rule 4 because it is without merit.

Dated: May 18, 2007                                               /s/ Wendell A. Miles
                                                                              Wendell A. Miles
                                                                              Senior U.S. District Judge